| | |
|---|---|
| 1 | Lisa M. Poladian-Melzer (SBN 311221) |
| 2 | Lmelzer@jonesday.com<br>JONES DAY |
| 3 | 3161 Michelson Drive<br>Suite 800 |
| 4 | Irvine, CA 92612.4408<br>Telephone: 949.851.3939 |
| 5 | Facsimile: 949.553.7539 |
| 6 | Attorneys for Defendant<br>EXPERIAN INFORMATION SOLUTIONS, INC. |
| 7 | |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEVADA BURNS | Case No. 2:17-cv-01508 RGK (RAOx) |
| Plaintiff, | Hon. R. Gary Klausner |
| v. | **NOTICE OF SETTLEMENT BETWEEN PLAINTIFF AND DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.** |
| EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES, LLC, and SOUTHWEST CREDIT SYSTEMS, LP., | |
| Defendants. | Complaint filed: February 23, 2017 |

1 **PLEASE TAKE NOTICE THAT** Plaintiff Devada Burns ("Plaintiff") and Defendant Experian Information Solutions, Inc. ("Experian") have reached an agreement on all material terms required to settle all of Plaintiff's claims against Experian pending in this action.

The parties anticipate that the performance of the terms of the settlement agreement will be completed within forty-five (45) days of the date of this notice, at which time the parties shall file a Stipulation for Dismissal with Prejudice of the claims asserted against Experian.

Dated: July 28, 2017

JONES DAY

By: */s/ Lisa M. Poladian-Melzer*
    Lisa M. Poladian-Melzer

Attorneys for Defendant
EXPERIAN INFORMATION SOLUTIONS, INC.

# CERTIFICATE OF SERVICE

I, Lisa M. Poladian-Melzer, declare:

I am a citizen of the United States and employed in Orange County, California.  I am over the age of eighteen years and not a party to the within-entitled action.  My business address is 3161 Michelson Drive, Suite 800, Irvine, California 92612.4408.  On July 28, 2017, I served a copy of the **NOTICE OF SETTLEMENT BETWEEN PLAINTIFF AND DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.** by electronic transmission.

I am familiar with the United States District Court for the Central District of California's practice for collecting and processing electronic filings.  Under that practice, documents are electronically filed with the court.  The court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case.  The NEF will constitute service of the document.  Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities.  Under said practice, the following CM/ECF users were served:

| | |
|---|---|
| Thomas P Quinn , Jr<br>Nokes and Quinn APC<br>410 Broadway Suite 200<br>Laguna Beach, CA 92651<br>9493763500<br>Fax: 9493763070<br>Email: tquinn@nokesquinn.com<br>*Attorneys for*<br>*Equifax Information Services, LLC* | Behzad Ben Mohandesi<br>Brett Brandon Goodman<br>Jordan S Yu<br>Yu Mohandesi LLP<br>633 West Fifth Street Suite 2800<br>Los Angeles, CA 90071<br>2133775505<br>Fax: 2133775501<br>Email: bmohandesi@yumollp.com<br>bgoodman@yumollp.com<br>jyu@yumollp.com<br>*Attorneys for*<br>*Southwest Credit Systems, LP* |

1       I, Lisa M. Poladian-Melzer certify that on July 28, 2017 I caused the foregoing document to be placed in a sealed envelope with postage thereon fully prepaid, in the United States mail at Irvine, California, addressed to the following non-CM/ECF participant(s):

Devada Burns
06321-090
Federal Correctional Institution
PO Box 1000
Otisville, NY 10963-1000

      Executed on July 28, 2017 at Irvine, California.

                      */s/ Lisa M. Poladian-Melzer*
                      Lisa M. Poladian-Melzer