THOMAS P. QUINN, JR. (State Bar No. 132268)
NOKES & QUINN
410 BROADWAY, SUITE 200
LAGUNA BEACH, CA 92651
Tel: (949) 376-3500
Fax:  (949) 376-3070
Email:  tquinn@nokesquinn.com
Attorneys for Defendant EQUIFAX INFORMATION SERVICES LLC

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DEVADA BURNS,<br><br>Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., et al.,<br><br>Defendants. | Case No: 2:17-cv-01508-RGK-RAO<br><br>**NOTICE OF SETTLEMENT** |

    PLEASE TAKE NOTE THAT Plaintiff Devada Burns ("Plaintiff") and Defendant Equifax Information Services LLC ("Equifax") have reached an agreement on all material terms required to settle all of Plaintiff's claims against Equifax pending in this action.

    The terms of the settlement agreement have been completed and Equifax is working to obtain Plaintiff's signature on a Stipulation for Dismissal with Prejudice of the claims asserted against Equifax.

Dated: August 11, 2017

                              NOKES & QUINN

                              /s/  Thomas P. Quinn, Jr.
                              Attorneys for Defendant Equifax

NOKES & QUINN
410 Broadway, Suite 200
Laguna Beach, CA 92651
(949) 376-3500

# CERTIFICATE OF SERVICE
*Devada Burns v. Equifax Information Services LLC, et al.*
**Case No: 2:17-cv-01508-RGK-RAO**

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Orange, State of California, and not a party to the above-entitled cause.

On August 11, 2017, I served a true copy of **NOTICE OF SETTLEMENT;**

[ ] By personally delivering it to the persons(s) indicated below in the manner as provided in Federal Rule of Civil Procedure 5(B);

[ X ] By depositing it in the United States Mail in a sealed envelope with the postage thereon fully prepaid to the following:

> Devada Burns
> 06321-090
> Federal Correctional Institution
> PO Box 1000
> Otisville, NY 10963-1000
> ***Plaintiff Pro Se***

[ X ] By ECF: On this date, I electronically filed the following document(s) with the Clerk of the Court using the CM/ECF system, which sent electronic notification of such filing to all other parties appearing on the docket sheet;

I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

I hereby certify under the penalty of perjury under the laws of the State of California that the foregoing is true and correct.

/s/  Thomas P. Quinn, Jr.
THOMAS P. QUINN, JR.

Place of Mailing:  Laguna Beach, California.

Executed on August 11, 2017, at Laguna Beach, California.

NOKES & QUINN
410 Broadway, Suite 200
Laguna Beach, CA 92651
(949) 376-3500

# SERVICE LIST

Devada Burns
06321-090
Federal Correctional Institution
PO Box 1000
Otisville, NY 10963-1000
*Plaintiff Pro Se*

Lisa M Poladian-Melzer
Ikedi Obiora Onyemaobim
Jones Day
3163 Michelson Drive Suite 800
Irvine, CA 92612
949-851-3939
Fax: 949- 553-7539
Email: ionyemaobim@jonesday.com
*Attorneys for Defendant*
*Experian Information Solutions, Inc.*

Behzad Ben Mohandesi
Brett Brandon Goodman
Jordan S Yu
Yu Mohandesi LLP
633 West Fifth Street
Suite 2800
Los Angeles, CA 90071
213-377-5505
Fax: 213-377-5501
Email: bmohandesi@yumollp.com
Email: bgoodman@yumollp.com
Email: jyu@yumollp.com
*Attorneys for Defendant Southwest Credit Systems, LP*