**YU | MOHANDESI LLP**

**B. Ben Mohandesi** (SBN 214921)
213.377.5505 | bmohandesi@yumollp.com
**Jordan S. Yu** (SBN 227341)
213.377.5502 | jyu@yumollp.com
**Brett B. Goodman** (SBN 260899)
213.374.3543 | bgoodman@yumollp.com
633 West Fifth Street, Suite 2800
Los Angeles, CA 90071
213.377.5501 Facsimile

Attorneys for Defendant
Southwest Credit Systems, LP

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEVADA BURNS,<br><br>                Plaintiff<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., EQUFAX INFORMATION SERVICES, LLC, and SOUTHWEST CREDIT SYSTEMS, LP,<br><br>                Defendants | Case No.: 2:17-cv-01508 RGK (RAOx)<br><br>**DEFENDANT SOUTHWEST CREDIT SYSTEMS, LP'S NOTICE OF SETTLEMENT**<br><br>Hon. R. Gary Klausner |

– 2 –

Defendant Southwest Credit Systems, LP ("Defendant") and Plaintiff Devada Burns ("Plaintiff") (collectively the "Parties"), have reached a settlement of the above-entitled action, fully resolving all claims asserted by Plaintiff against Defendant. Upon finalization of the settlement, the Parties will file a Stipulation of Dismissal of this action, and all claims asserted herein, with prejudice.

DATED: August 11, 2017

YU | MOHANDESI LLP

By  */s/ Brett B. Goodman*
Brett B. Goodman
Attorneys for Defendant
Southwest Credit Systems, LP

# CERTIFICATE OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Yu | Mohandesi LLP, 633 West Fifth Street, Suite 2800, Los Angeles, CA 90071. On August 11, 2017, I served the following document(s) by the method indicated below:

**DEFENDANT SOUTHWEST CREDIT SYSTEMS, LP'S NOTICE OF SETTLEMENT**

| | |
|---|---|
| X | by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below. I am readily familiar with the firm's practice of collection and processing of correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.<br><br>***Plaintiff Devada Burns***<br>Devada Burns<br>Reg. No. 06321-090<br>Federal Correctional Institute<br>PO Box 1000<br>Otisville, NY 10963-1000 |
| X | a copy of the foregoing was filed and served electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system as described below. Parties may access this filing through the Court's system. |

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on August 11, 2017, at Los Angeles County, California.

                                          */s/ Brett B. Goodman*
                                            Brett B. Goodman