Lisa M. Poladian-Melzer (SBN 305137)
Lmelzer@jonesday.com
JONES DAY
3161 Michelson Drive
Suite 800
Irvine, CA  92612.4408
Telephone: 949.851.3939
Facsimile:  949.553.7539

Attorneys for Defendant
EXPERIAN INFORMATION SOLUTIONS, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEVADA BURNS,<br><br>             Plaintiff,<br><br>       v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES, LLC, and SOUTHWEST CREDIT SYSTEMS, LP.,<br><br>             Defendant. | Case No. 2:17-cv-01508 RGK (RAOx)<br><br>Hon. R. Gary Klausner<br><br>**[PROPOSED] ORDER FOR STIPULATION FOR DISMISSAL OF DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.**<br><br>Complaint filed: February 23, 2017 |

PURSUANT TO STIPULATION, IT IS SO ORDERED that Experian Information Solutions, Inc. ("Experian") is dismissed with prejudice.  Plaintiff Devada Burns and Experian shall each bear his or its own costs and attorneys' fees.

IT IS SO ORDERED.

Dated:  August 11, 2017            _/s/ Gary Klausner_____

HON. R. GARY KLAUSNER

UNITED STATES DISTRICT JUDGE