**YU | MOHANDESI LLP**

**B. Ben Mohandesi** (SBN 214921)
213.377.5505 | bmohandesi@yumollp.com
**Jordan S. Yu** (SBN 227341)
213.377.5502 | jyu@yumollp.com
**Brett B. Goodman** (SBN 260899)
213.374.3543 | bgoodman@yumollp.com
633 West Fifth Street, Suite 2800
Los Angeles, CA 90071
213.377.5501 Facsimile

Attorneys for Defendant
Southwest Credit Systems, LP

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEVADA BURNS,<br><br>　　　　　　Plaintiff<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., EQUFAX INFORMATION SERVICES, LLC, and SOUTHWEST CREDIT SYSTEMS, LP,<br><br>　　　　　　Defendants | Case No.: 2:17-cv-01508 RGK (RAOx)<br><br>**JOINT STIPULATION OF DISMISSAL**<br><br>Hon. R. Gary Klausner |

---

– 1 –
JOINT STIPULATION OF DISMISSAL

Plaintiff Devada Burns ("Plaintiff") and Defendant Southwest Credit Systems, LP, ("Southwest") (collectively, the "Parties"), hereby stipulate to dismiss this action with prejudice against Southwest only pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The Parties will bear their own costs, attorneys' fees, and all other expenses incurred in connection with this action.

DATED: August 15th, 2017

Respectfully submitted,

DEVADA BURNS

*/s/ Devada Burns*

DATED: August 21, 2017

YU | MOHANDESI LLP

By *[signature]*
Brett B. Goodman
Attorneys for Defendant
Southwest Credit Systems, LP

YU | MOHANDESI LLP
633 West Fifth Street, Suite 2800
Los Angeles, CA 90071

— 2 —
JOINT STIPULATION OF DISMISSAL

**CERTIFICATE OF SERVICE**

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Yu | Mohandesi LLP, 633 West Fifth Street, Suite 2800, Los Angeles, CA 90071. On August 21, 2017, I served the following document(s) by the method indicated below:

**JOINT STIPULATION OF DISMISSAL**

| X | by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below. I am readily familiar with the firm's practice of collection and processing of correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. ***Plaintiff Devada Burns*** <br> Devada Burns <br> Reg. No. 06321-090 <br> Federal Correctional Institute <br> PO Box 1000 <br> Otisville, NY 10963-1000 |
|---|---|

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on August 21, 2017, at Los Angeles County, California.

*/s/ Diana Choe*
_____
Diana Choe

– 4 –
CERTIFICATE OF SERVICE