JS-6

1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

8
9
10
11
12
13
14
15
16
17

| | |
|---|---|
| DEVADA BURNS,<br><br>        Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION<br>SOLUTIONS, INC., et al.,<br><br>        Defendants. | Case No: 2:17-cv-01508-RGK-RAO<br><br>**[PROPOSED] ORDER GRANTING**<br>**JOINT DISMISSAL WITH**<br>**PREJUDICE AS TO DEFENDANT**<br>**EQUIFAX INFORMATION**<br>**SERVICES LLC** |

18
19
20
21
22
23
24
25

     Pending before the Court is Plaintiff Devada Burns ("Plaintiff") and Defendant Equifax Information Services LLC ("Equifax"), (all jointly hereinafter referred to as "the Stipulating Parties"), Joint Stipulation for Dismissal, with prejudice, as to Equifax only.  Good cause appearing therefor, the Court **GRANTS** the stipulation.  Accordingly, Defendant Equifax is **DISMISSED WITH PREJUDICE**, with each Stipulating Party to bear its own fees and costs, and this Court retains jurisdiction to enforce the settlement of this action.

26
     **IT IS SO ORDERED.**

27
Dated: September 27, 2017

_____
UNITED STATES DISTRICT JUDGE

28

NOKES & QUINN
410 Broadway, Suite 200
Laguna Beach, CA 92651
(949) 376-3500

- 1 –